

## 11TH COURT OF APPEALS
## EASTLAND, TEXAS
## JUDGMENT

Country Skies Aviation, LLC;
Dimas Avalos; James G. Chastain;
Nicky Cook; and James C. Wilson,

Vs. No. 11-22-00001-CV

Thomas Hubble d/b/a Odessa Aviation,

\* From the 161st District Court
  of Ector County,
   Trial Court No. B-17-08-0838-CV.

\* September 15, 2022

\* Per Curiam Memorandum Opinion
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Wright, S.C.J.,
  sitting by assignment)
  (Williams, J., not participating)

This court has considered Appellants' unopposed motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against the party incurring same.